No. 882.   ENTERPRISE INDUSTRIES, INC., *v.* TEXAS COMPANY.   C. A. 2d Cir.   Certiorari denied.   *Wallace R. Burke* for petitioner.   *Milton Handler* and *Oscar John Dorwin* for respondent.

No. 886.   BURCH *v.* READING COMPANY.   C. A. 3d Cir. Certiorari denied.   *B. Nathaniel Richter* for petitioner. *Richard P. Brown, Jr.* and *Henry R. Heebner* for respondent.

No. 889.   TALLEY *v.* SEARS, ROEBUCK & Co.   C. A. 5th Cir.   Certiorari denied.   *Cecil L. Woodgate* for petitioner.   *John W. Rutland, Jr.* for respondent.

No. 890.   LEBOEUF ET AL. *v.* AUSTRIAN, SURVIVING TRUSTEE.   C. A. 4th Cir.   Certiorari denied.   *Horace R. Lamb* for petitioners.   *Saul J. Lance* for respondent. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* filed a brief in opposition for the Securities and Exchange Commission.

No. 940.   TENNESSEE BOARD OF EDUCATION *v.* BOOKER ET AL.   C. A. 6th Cir.   Certiorari denied.   *Geo. F. McCanless,* Attorney General of Tennessee, *Nat Tipton,* Advocate General, and *Allison B. Humphreys,* Solicitor General, for petitioner.   *Robert L. Carter* for respondents.

No. 878.   HARTMAN ET AL. *v.* LAUCHLI, TRUSTEE. C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.   *Raymond W. Karst* for petitioners.   *Kenneth Teasdale* for respondent.